IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Minnesota corporation, | ) ) ) ) | CV 09-00445 SOM-KSC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| THOMAS MOSES JOHNSON, III, a Hawaii resident, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on October 7, 2010 and served on all parties on October 8, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, October 26, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY vs. THOMAS MOSES JOHNSON, III; CV 09-00445 SOM-KSC
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION